ANNA KAPLAN, Appellant, *v.* ETTA KOENIG, Respondent, and ESTHETIC REALTY CORPORATION, Appellant, Impleaded with Others.

(Argued April 18, 1929; decided May 3, 1929.)

*L. S. Lewis* and *H. M. Schaap* for plaintiff-appellant. *Charles Berlin* and *James E. Sampson* for defendant-appellant.

*Homer I. Harris* and *Harry M. Peyser* for respondent.

Judgment affirmed, with costs against both appellants; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.